# WILLIAM C. HOPKINS v. MILACA STATE BANK and Another.[1]

February 7, 1913.

Nos. 17,941–(186).

**Case followed.**

Action in the district court for Mille Lacs county to recover $5,000 for false imprisonment. The pleadings are substantially the same as in the case of Peake v. Milaca State Bank, supra, page 455, 139 N. W. 813. The case was tried before Taylor, J., who denied defendants' motion to direct a verdict in their favor, and a jury which returned a verdict for $300. From an order denying defendants' motion for judgment notwithstanding the verdict, they appealed. Affirmed.

[1] Reported in 139 N. W. 814.

*McDonald, Bernhagen & Patterson,* for appellant.

*Charles L. Lewis, J. H. Whiteley* and *E. L. McMillan,* for respondent.

PER CURIAM.

. The only material difference between this case and that of Peake v. Milaca State Bank, supra, page 455, 139 N. W. 813, is that the sheriff actually served the defective warrant on the plaintiff, Hopkins, took him into custody, and brought him before Justice of the Peace Dickey at Princeton, before whom the warrant was made returnable. The justice, however, refused to hear the matter and disclaimed jurisdiction. It is clear that here was a termination of the prosecution, without any opportunity for plaintiff to vindicate himself.

Order affirmed.